# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 04-1578 C/W 04-1425

**CHARLES WILLIAM MASSIE, III**

**VERSUS**

**Z. DAVID DELOACH, ET AL.**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 00-74195,
HONORABLE MARILYN C. CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Jimmie C. Peters, and Marc T. Amy, Judges.

**AFFIRMED.**

**Patrick Moresi**
**Attorney at Law**
**Post Office Box 1140**
**Abbeville, LA 70511-1140**
**(337) 898-0111**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      Charles William Massie, III

**Randolph J. Waits**
**Sherri L. Hutton**
**Matthew F. Popp**
**Emmett, Cobb, Waits & Kessenich**
**1515 Poydras Street, Suite 1950**
**New Orleans, LA 70112**
**(504) 581-1301**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
      Z. David Deloach, et al.

PETERS, J.

For the reasons given in *Massie v. Deloach,* 04-1425 (La.App. 3 Cir. __/__/05), ___ So.2d ___, handed down this date, the judgment of the trial court assessing costs in the amount of $9,642.65 against the plaintiff, Charles William Massie, III, in accordance with the requirements of La.Code Civ.P. art. 970, is affirmed. Additionally, we assess all costs of this appeal to Charles William Massie, III.

**AFFIRMED.**